UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAYNE COLLINS,

Plaintiff,

v.

CHRISTOPHER LOGAN, *et al.*,

Defendants.

Case No.  2:26-cv-0601-WBS-JDP (P)

ORDER

On April 21, 2026, I recommended that plaintiff's first amended complaint be dismissed for failure to state a cognizable claim.  ECF No. 8.  On April 30, 2026, plaintiff motioned for additional time to file his objections, ECF No. 9, and on April 30, 2026 and May 1, 2026, he submitted objections to my recommendations, ECF Nos. 10 & 11.  Plaintiff's motion for additional time is difficult to read, but I will grant it to the extent that his objections at ECF Nos. 10 & 11 are deemed timely.

1

It is, therefore, ORDERED that plaintiff's motion for extension of time, ECF No. 9, is GRANTED to the extent that his objections at ECF Nos. 10 & 11 are deemed timely.

IT IS SO ORDERED.


Dated:    June 30, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2