UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAYNE COLLINS,

Plaintiff,

v.

CHRISTOPHER LOGAN, et al.,

Defendants.

Case No. 2:26-cv-0601-WBS-JDP (P)

ORDER

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 21, 2026, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 21, 2026 are adopted in full;

2. Plaintiff's motion for an extension of time, ECF No. 9, is DENIED as moot in light of plaintiff's objections at ECF Nos. 10 & 11;

3. The first amended complaint, ECF No. 7, is DISMISSED without leave to amend as non-cognizable under section 1983; and

4. The Clerk of Court is directed to close this action.

Dated: October 16, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE